PEOPLE *v.* PEAVY. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 November 9, 1971, at Lansing. (Docket No. 11918.) Decided November 30, 1971. Leave to appeal applied for.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R.*

*Carnovale,* Chief, Appellate Department, and *Gerard A. Poehlman,* Assistant Prosecuting Attorney, for the people.

*Alfred B. Thomas,* for defendant on appeal.

Before: Bronson, P. J., and Quinn and Danhof, JJ.

Memorandum Opinion. Defendant ·was tried and convicted of assault with intent to rob being armed and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.